

# THE ATTORNEY GENERAL

## OF TEXAS

### AUSTIN 11, TEXAS

**WILL WILSON**
**ATTORNEY GENERAL**

October 17, 1961

Honorable Tom Blackwell
County Attorney
Travis County
Austin, Texas

Dear Mr. Blackwell:

Opinion No. WW-1166

Re: Whether the sheriff's office
is allowed a fee of $1.00 on
each and every defendant
named in the petition and
served with a citation
under Sec. 5a, of Article
2460a, V.C.S., and related
questions.

You have requested an opinion on the following two
questions:

(1) "Under Sec. 5a, Article 2460a of the
Vernon's Civil Statutes of the State of Texas,
is the office, by the officer serving the cita-
tion, allowed a fee of $1.00 on each and every
party named in the petition and served.

(2) "Under Sec. 5, Article 2460a of the
Vernon's Civil Statutes of the State of Texas,
is the court in which the Small Claims suit
filed limited to charge only $1.00 for the
citation fee even though more than one party
is served in the same county or in different
counties."

With reference to these questions, Section 5a of
Article 2460a, Vernon's Civil Statutes, reads as follows:

"Sec. 5a. A fee of One Dollar ($1) shall
be charged for the service of citation provided
for in Section 5 and shall be accountable as a
fee of office by the officer serving citation."

Section 5 of Article 2460a reads in part as follows:

"Sec. 5. . . . The Two Dollar ($2) filing
fee, provided for in this Section, the Three
Dollar ($3) jury fee provided for in Section 11
of this Act and the One Dollar ($1) citation
fee provided for in Section 5a shall constitute

the only fees or costs authorized to be charged
in the Small Claims Court; . . ."

Article 2460a creates new courts in this state and
prescribes their jurisdiction and venue, and in addition, the
fees which may be charged. Originally, Section 5 provided
for only the Three Dollar ($3) jury fee and the Two Dollar
($2) filing fee. In 1955, Section 5a was added and Section
5 amended to include the One Dollar ($1) citation fee. Acts,
1955, 54th Leg., p. 571, ch. 187, sec. 2. (See Attorney Gen-
eral's Opinion MS-80 (1953).)

In Attorney General's Opinion S-83 (1953), a question
arose concerning the jury fee and filing fee, then the only
two fees authorized by the statute. The opinion held that the
only fees authorized by the statute were the jury and filing
fees, and no fee was authorized to be charged as a citation
fee, and none could be charged.

Your attention is called to the present wording of
the statute. It states that the only fees authorized are
those listed, and in Section 5a states that a fee of One Dol-
lar ($1) shall be charged for service of citation. In Attorney
General's Opinion S-83, supra, reference was made to the case
of McCalla v. City of Rockdale, 112 Tex. 209, 246 S.W. 654
(1922), which held that unless a fee is provided by law for
an official service required to be performed and the amount
of the fee fixed by law none can be lawfully charged. (See
also Nueces County v. Currington, 139 Tex. 297, 162 S.W.2d
687 (1942).) Furthermore, an officer may be required by law
to perform specific services for which no compensation is
provided. Mc Calla v. City of Rockdale, supra.

We are of the opinion that your first question
should be answered negatively, and the second answered in the
affirmative. Attorney General's Opinion S-83, supra, pointed
out the reasoning here, which in part reads:

"The emergency clause of House Bill 495,
53rd Legislature, states that because many
citizens are denied justice because of the
present expenses and delay of litigation creates
an emergency. Therefore, one of the main pur-
poses in creating the Small Claims Courts was
to reduce the cost of litigation."

If the Legislature had intended that the full citation
fee would be allowed for every party served, we believe they
would have spelled it out in the statute. However, they did
not, but provided for only "a fee of One Dollar."

Consequently, you are informed that it is our opinion that under Sec. 5a of Article 2460a, V.C.S., the office and officer serving the citation are allowed only a single One Dollar ($1) fee, regardless of the number of parties named in the petition and served. Further, under Sec. 5 of Article 2460a, V.C.S., the Small Claims Court is authorized to charge only One Dollar ($1) for the citation fee, regardless of the number or location of the parties served.

## S U M M A R Y

Under Sections 5 and 5a of Article 2460a, V.C.S., only a single One Dollar ($1) citation fee may be charged, regardless of the number and location of the parties served.

Very truly yours,

WILL WILSON
Attorney General of Texas

By Eugene B. Smith
Assistant

EBS:dhs

APPROVED:

OPINION COMMITTEE
W. V. Geppert, Chairman
Winston Crowder
Pat Bailey
Elmer McVey
Grady Chandler

REVIEWED FOR THE ATTORNEY GENERAL
BY: Houghton Brownlee, Jr.